**Electronically Filed**
**Supreme Court**
**SCWC-20-0000460**
**22-MAR-2022**
**08:05 AM**
**Dkt. 3 ODAC**

SCWC-20-0000460

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent-Appellee,

vs.

DARRYL M. FREEMAN, Petitioner-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000460; CR. NO. 1CPC-17-0000248)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner-Appellant Darryl M. Freeman's Application for

Writ of Certiorari filed on February 10, 2022 is hereby

rejected.

DATED: Honolulu, Hawai'i, March 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins